# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ishii, Anthony W. | U.S. District Court Eastern District of California | 04/25/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court
2500 Tulare Street
Fresno, CA 93721

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | THE ▮▮▮ TRUST |
| 2. | Trustee | By-Pass Trust of ▮▮▮ FBO ▮▮▮ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1994 | California Judges Retirement System; retirement benefits based upon age and years of service |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/25/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | California Judges Retirement System | $101,778.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | California Public Employees' Retirement System |
| 2. 2015 | Fresno County Employees' Retirement Association |
| 3. 2015 | Pacific Gas & Electric Company Retirement System |
| 4. 2015 | Insure America Project - Salary |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/25/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▇i Bros., Inc. Common Stock | | None | N | U | | | | | |
| 2. Invesco Van Kampen Comstock Fund | B | Dividend | K | T | | | | | |
| 3. Rancon Realty Fund V | | None | J | T | | | | | |
| 4. Wells Fargo Bank Accounts | A | Interest | L | T | | | | | |
| 5. Davis New York Venture A | B | Dividend | K | T | | | | | |
| 6. Morgan Stanley Focus Growth Fund | A | Dividend | K | T | | | | | |
| 7. Templeton Foreign Fund A | A | Dividend | J | T | | | | | |
| 8. Morgan Stanley Private Bank NA | A | Interest | L | T | | | | | |
| 9. AT&T Inc. Common Stock | A | Dividend | J | T | | | | | |
| 10. Alcoa Inc. Common Stock | A | Dividend | J | T | | | | | |
| 11. Cisco Sys. Inc. Common Stock | A | Dividend | K | T | | | | | |
| 12. General Electric Co. Common Stock | A | Dividend | K | T | | | | | |
| 13. Trust #1 | B | Int./Div. | M | T | | | | | |
| 14. - Morgan Stanley Bank Account | A | Interest | K | T | | | | | |
| 15. - AT&T Inc. Common Stock | B | Dividend | K | T | | | | | |
| 16. - Cisco Sys. Inc. Common Stock | A | Dividend | K | T | | | | | |
| 17. - General Electric Co. Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Davis New York Venture C | B | Dividend | J | T | | | | | |
| 19.   - Kaiser Aluminum Corp Common Stock | A | Dividend | K | T | | | | | |
| 20.   American Wa Mutual A | A | Dividend | J | T | | | | | |
| 21.   Franklin Gold & Prec Metals A | A | Dividend | J | T | | | | | |
| 22.   Trust #2 | E | Distribution | O | T | | | | | |
| 23.   -FNMA 3128LBTX6 (X) | A | Interest | J | T | | | | | |
| 24.   -FNMA 31283HUD5 (X) | A | Interest | J | T | | | | | |
| 25.   -FONTANA 344619HG9 (X) | A | Interest | J | T | | | | | |
| 26.   -SOUTH SF 840036CP0 (X) | A | Interest | J | T | | | | | |
| 27.   -STOCKTON 861395CB5 (X) | A | Interest | K | T | | | | | |
| 28.   -ABAG FIN 00257EAQ2 (X) | A | Interest | J | T | | | | | |
| 29.   -SUNNYVALE 867570CB7 (X) | A | Interest | J | T | | | | | |
| 30.   -RNR SCH 769697EP4 (X) | A | Interest | J | T | | | | | |
| 31.   -CA INFRA 13033WUK7 (X) | A | Interest | J | T | | | | | |
| 32.   -CA INFRA 13033WVD2 (X) | B | Interest | K | T | | | | | |
| 33.   -SOLANO 83412PAS1 (X) | | | J | T | | | | | |
| 34.   -INDIAN WLS 45455CGD4 (X) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -POMONA CA 73208TPQ0 (X) | A | Interest | J | T | | | | | |
| 36. -CA STATEWIDE 1309116N5 (X) | B | Interest | K | T | | | | | |
| 37. -BEAUMONT 074406JY6 (X) | A | Interest | J | T | | | | | |
| 38. -ANAHEIM CA 03255LDU0 (X) | A | Interest | K | T | | | | | |
| 39. -ANAHEIM CA 03255LEG0 (X) | A | Interest | K | T | | | | | |
| 40. -RIVERSIDE 769123EY2 (X) | A | Interest | K | T | | | | | |
| 41. -SAN MARCOS 79875WJQ9 (X) | A | Interest | K | T | | | | | |
| 42. -LAMMERSVIL 513539BH8 (X) | A | Interest | J | T | | | | | |
| 43. -SAN JOSE 798147U36 (X) | A | Interest | K | T | | | | | |
| 44. -MORENO VAL 616908AT6 (X) | A | Interest | J | T | | | | | |
| 45. -IMPERIAL CA 452673BS4 (X) | A | Interest | J | T | | | | | |
| 46. -SAN JOSE 798147U77 (X) | A | Interest | J | T | | | | | |
| 47. -CA STATEWIDE 130795CN5 (X) | A | Interest | J | T | | | | | |
| 48. -CA STATEWIDE 130795PT8 (X) | A | Interest | K | T | | | | | |
| 49. -CA HEALTH 13033F3A6 (X) | A | Interest | J | T | | | | | |
| 50. -CA STATEWIDE 130795CQ8 (X) | A | Interest | K | T | | | | | |
| 51. -ELK GROVE 287290LE8 (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -LOS ANGELES 54439NCL9 (X) | A | Interest | J | T | | | | | |
| 53. -UPLAND CA 915346FJ4 (X) | A | Interest | J | T | | | | | |
| 54. -SAN FRAN 79771PT21 (X) | A | Interest | J | T | | | | | |
| 55. -PALM DES 696617SZ3 (X) | A | Interest | K | T | | | | | |
| 56. -RIVERSIDE 76911PMQ2 (X) | A | Interest | K | T | | | | | |
| 57. -TRACY CA 892397HL7 (X) | A | Interest | J | T | | | | | |
| 58. -ABAG FIN 00037CTL4 (X) | A | Interest | J | T | | | | | |
| 59. -CA SCH 13058TAC4 (X) | A | Interest | J | T | | | | | |
| 60. -CA SCH 13058TAB6 (X) | A | Interest | J | T | | | | | |
| 61. -CORONA 21976TGH9 (X) | A | Interest | J | T | | | | | |
| 62. -SAN FRAN 79772AAV9 (X) | A | Interest | J | T | | | | | |
| 63. -SAN DIEGO 79727QBZ0 (X) | A | Interest | K | T | | | | | |
| 64. -AGOURA HLS 00848QBZ0 (X) | A | Interest | J | T | | | | | |
| 65. -BEAUMONT 074406QW2 (X) | A | Interest | J | T | | | | | |
| 66. -BAYVIEW 07325HAE5 (X) | A | Interest | K | T | | | | | |
| 67. -CWHEQ 12668GAE2 | A | Interest | K | T | Buy | 09/15/15 | K | | |
| 68. -CARRINGTON 14453MAE4 | A | Interest | K | T | Buy | 08/20/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -COUNTRYWIDE 12668XAD7 | A | Interest | K | T | Buy | 10/05/15 | K | | |
| 70. -CWHEQ 12669RAC1 | A | Interest | K | T | Buy | 09/04/15 | K | | |
| 71. -FNMA 31359VQ48 (X) | A | Interest | J | T | | | | | |
| 72. -FNMA 31392FVB0 (X) | A | Interest | J | T | | | | | |
| 73. -RENAISSANCE 759950CY2 (X) | A | Interest | J | T | | | | | |
| 74. -ADJUSTABLE 007036HX7 (X) | A | Interest | J | T | | | | | |
| 75. -AMG YACKT YAFFX (X) | | | | | Sold | 11/05/15 | J | A | |
| 76. -MFS SER TR MDIGX (X) | | | | | Sold | 11/05/15 | J | A | |
| 77. -MARKET VEC GDX (X) | | | | | Sold | 11/05/15 | J | | |
| 78. -SENTINEL SSCOX (X) | | | | | Sold | 11/05/15 | J | A | |
| 79. -PLUMAS CNT 729310BQ4 (X) | A | Interest | | | Redeemed | 07/16/15 | J | | |
| 80. -CHULA VISTA 17131NCC7 (X) | A | Interest | | | Redeemed | 09/01/15 | J | | |
| 81. -VISALIA CA 928279AV0 (X) | A | Interest | | | Redeemed | 09/01/15 | K | | |
| 82. -CALIF EDL 1301754Z2 (X) | A | Interest | | | Redeemed | 06/01/15 | J | | |
| 83. -LOMA LINDA 541482JK9 (X) | A | Interest | | | Redeemed | 12/01/15 | J | A | |
| 84. -JURUPA CA 482107BT5 (X) | A | Interest | | | Redeemed | 09/01/15 | J | | |
| 85. -SANTA CRUZ 801825DP2 (X) | A | Interest | | | Redeemed | 09/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -PAMDALE 696735JF7 (X) | | | | | Sold | 08/21/15 | J | B | |
| 87.  -MERCED CA 587616BM4 (X) | A | Interest | | | Redeemed | 09/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W. | 04/25/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information and Explanations regarding entries in Part I Positions and in Part VII. Investments and Trusts:

Pursuant to the provisions of the estate plan of my now deceased father and mother, a by-pass trust was created as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Therefore, I have listed myself as the trustee of this by-pass trust in Part I Positions.
I have also listed this by-pass trust as Trust #2 in Part VII Investments and Trusts with the various assets of the by-pass trust listed below it.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anthony W. Ishii**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544